AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Plasterers' and Cement Masons' Local 40, et. al.

APPEARANCE

v.

Auben Concrete Construction Co.

CASE NUMBER: 03-589L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plasterers' and Cement Masons' et. al

I certify that I am admitted to practice in this court.

6-15-05
*Date*

E. Wiens 6827
*Signature*

Elizabeth Wiens 6827
*Print Name* *Bar Number*

420 Scrabbletown Rd Ste. C.
*Address*

North Kingstown RI 02852
*City* *State* *Zip Code*

401-294-4700 401-294-4702
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.