UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 03-589L** **DATE: June 15, 2005**

**TITLE: PLASTERS' AND CEMENT MASONS' LOCAL 40 HEALTH AND WELFARE FUND v. DONALD LAVIN**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Elizabeth Wiens**

**Defendant: Thomas MacAndrews**

********************************************************************************

**Proceedings: Plaintiff's Motion for Sanctions**

**All counsel of record present. Plaintiff argues motion. Defendant states objections. Court finds defendant in contempt. Plaintiff to prepare an order.**