UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLASTERERS' AND CEMENT MASONS' LOCAL 40, ET. AL.
Plaintiffs,

v.

AUBEN CONCRETE CONSTRUCTION. CO.
Defendant.

C.A. No. 03-589L

**ORDER GRANTING PLAINTIFFS' MOTION TO ADJUDGE IN CONTEMPT**

This matter came on for hearing before U.S. District Court Magistrate Judge David L. Martin on June 15, 2005. After hearing thereon, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. Plaintiffs' Motion to Adjudge in Contempt is granted.

2. Plaintiffs and Defendant stipulate that the total amount owed under the Consent Decree, excluding interest, is $8,235.05.

3. Plaintiffs and Defendant further stipulate that, to date, Defendant has submitted $2,000 to Plaintiffs in partial satisfaction of the Consent Decree.

4. Defendant shall pay interest on the amount owed at a rate of twelve percent per annum beginning February 8, 2005 as follows:

   a. interest on $8,235.05 until May 12, 2005, the date of the first payment

   b. interest on $7,235.05 until June 8, 2005, the date of the second payment

   c. interest on $6,235.05 until the date of the next payment

   d. as each payment is received, interest will continue to accrue on the remaining amount owed until the judgment is paid in full.

5. Plaintiffs and Defendant agree that the payments will be made as follows:

| | |
|---|---|
| May 12, 2005 | $1000.00 (payment received) |
| June 8, 2005 | $1000.00 (payment received) |
| July 1, 2005 | $1000.00 |
| July 29, 2005 | $1000.00 |
| August 19, 2005 | $1000.00 |
| September 9, 2005 | $1000.00 |
| September 30, 2005 | $1000.00 |
| October 28, 2005 | $1235.05 |
| November 11, 2005 | $ interest due |

6. Defendant may make payments earlier than the above due date but in no case shall it make payments later than the above due dates.

ENTER:

David L. Martin
USMJ

PER ORDER:

Presented by:

Elizabeth Wiens, Esq. (#6827)
Gursky Law Associates
420 Scrabbletown Rd. Ste. C
N. Kingstown, RI 02852
Tel. (401) 294-4700
Fax.(401) 294-4702

CERTIFICATION

I hereby certify that I caused a copy of the foregoing to be sent first-class mail, postage prepaid on this 21 of June, 2005, to the following party of record:

Thomas McAndrew, Esq.
Law Offices of Thomas McAndrew
One Turks Head Place, Suite 205
Providence, RI 02903

Kerrie L Kaminski